[No. 19515–8–I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
FURMANN, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86–1–00250–5, David A. Nichols, J.,
entered October 8, 1986. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Scholfield, C.J., and Web-
ster, J.

[No. 20230–8–I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE ALLEN
WOLFE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04341–8, Susan R. Agid, J., entered April
9, 1987. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Scholfield, C.J., and Winsor, J.

[No. 20724–5–I.   Division One.   December 27, 1988.]

SUDDEN VALLEY COMMUNITY ASSOCIATION, *Respondent,* v.
CATHY PALZER, *Individually and as Personal
Representative,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86–2–01085–4, Marshall Forrest, J.,
entered June 26, 1987. *Reversed* by unpublished opinion
per Scholfield, C.J., concurred in by Webster, J., Williams,
J., dissenting.